1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  DAVID MEDNANSKY AND MARTINE              CASE NO. 07CV1425-LAB (NLS)
    MEDNANSKY,
12                                           **ORDER DENYING *EX PARTE***
                                  Plaintiff,  **REQUEST FOR REFERRAL TO**
13          vs.                              **SAN DIEGO VOLUNTEER**
                                             **LAWYER PROGRAM**
14  THOMAS F. GILLETTE, SUSAN
    DESONIA, SALLY D. GOODRICH, RICH
15  TOBIN, TINA TERREL,

16                               Defendant.

17

18          On August 6, 2007, Plaintiffs brought a *Bivens* action against the named Defendants,

19  who are U.S.D.A. Forest Service Employees.  On August 14, 2007, Plaintiffs filed an *ex*

20  *parte* motion requesting the Court to refer their case to the San Diego Volunteer Lawyer

21  Program.  Proof of service has not yet been filed and Defendants have not yet appeared.

22          The Court has reviewed the complaint and does not believe it is suitable for referral

23  to the San Diego Volunteer Lawyer Program.  The *ex parte* request is therefore **DENIED**.

24          **IT IS SO ORDERED**.

25  DATED:  August 19, 2007

26                              _Larry A. Burns_

27                              **HONORABLE LARRY ALAN BURNS**
                                United States District Judge
28