# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEDNANSKY AND MARTINE MEDNANSKY,<br><br>                       Plaintiffs,<br>   vs.<br><br>U.S.D.A. Forest Service employees THOMAS F. GILLETTE, SUSAN DeSONIA, SALLY D. GOODRICH, RICH TOBIN, TINA TERREL, AND 10 Unknown U.S.D.A. Forest Service Employees, and the United States Government of America,<br><br>                       Defendants. | CASE NO. 07CV1425-LAB (NLS)<br><br>**ORDER ACCEPTING SUPPLEMENTAL DECLARATIONS OF FACTS** |

Although Defendants' motion to dismiss was previously taken under submission and the hearing originally set for today, January 28, 2008 at 10:30 a.m. was vacated, Plaintiffs nevertheless appeared, stating they had not received notice the hearing was off calendar. Plaintiffs presented two supplemental declarations, which the Court accepted for filing. The supplemental declarations, however, will be considered only to the extent the Court considers issues in Defendants' Reply that Plaintiffs have not yet had the opportunity to respond to.

Plaintiffs also requested the Court issue an order granting them access to electronically filed documents. This does not, however, require a Court order. For access

to the docket in their case, Plaintiffs are directed to call the PACER Service Center at (800) 676-6856 between the hours of 8:00 a.m. and 5:00 p.m., Central Time.

**IT IS SO ORDERED**.

DATED: January 28, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge